UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, LM GENERAL INSURANCE COMPANY, LM INSURANCE CORPORATION, LM PROPERTY AND CASUALTY INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA, and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DIAGNOSTIC CHIROPRACTIC MI, PC, DIAGNOSTIC CHIROPRACTIC MI II, PC, DURAMED MI, LLC, LINT CHIROPRACTIC, PC, LINT CHIROPRACTIC II, PC, MI MEDICAL MANAGEMENT LLC, SUPPLIES PLUS MI, LLC, SUPPLIES PLUS MI II, LLC, and ROBERT SUPER, D.C.<br><br>　　　　　Defendants. | C.A. No.<br><br>HON.<br><br><u>CIVIL ACTION</u><br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

42837.00101
**MARSHALL DENNEHEY**
Jeffrey G. Rapattoni, Esq. (P81455)
15000 Midlantic Drive, Suite 200 · P.O. Box 5429
Mount Laurel, NJ 08057
Phone: (856) 414-6000   Fax: (856) 414-6077
jgrapattoni@mdwcg.com
Attorney for Plaintiffs

DAVID J. LANKFORD (P47881)
STEVEN M. BRAUN (P79461)
Law Offices of Greig, Kennedy, Seifert and Fitzgibbons
Attorney for Plaintiffs
28411 Northwestern Hwy., Suite 640
Southfield, MI 48034
248-223-0120
Fax:  603-334-9174

## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | Spreadsheets of Claims and Payments of Defendant Diagnostic Chiropractic MI, PC & Diagnostic Chiropractic MI II, PC |
| 2 | Spreadsheets of Claims and Payments of Defendant Duramed |
| 3 | Spreadsheets of Claims and Payments of Defendant Lint Chiropractic, PC |
| 4 | Spreadsheets of Claims and Payments of Defendant Lint Chiropractic II, PC |
| 5 | Spreadsheets of Claims and Payments of Defendant MI Medical Management Plus, LLC |
| 6 | Spreadsheets of Claims and Payments of Defendant Supplies Plus MI, LLC & Supplies Plus MI II, LLC |
| 7 | Summary of Financials for All Defendants |
| 8 | Insurance Article Re: Norman Dheko |
| 9 | Letter from Dr. Pedro Toweh to Michigan Attorney General's Office |
| 10 | Deposition Transcript of Julie Ann Strief 10/11/2023 |

        Respectfully Submitted,
        LAW OFFICES OF GREIG, KENNEDY,
        SEIFERT AND FITZGIBBONS

        By: /s/ *Steven M. Braun*
        STEVEN BRAUN (P79461)
        Attorney for Defendant
        28411 Northwestern Hwy., Suite 640
        Southfield, MI 48034
        248-223-0120

DATED: April 1, 2024