# EXHIBIT 2

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 044811606-0001 | 2/3/2021 | 4/2/2021 | 98940-CHIROPRACT MANJ 1-2 REGI | 1 | $ 85.00 | 0 |
| 044811606-0001 | 2/3/2021 | 4/2/2021 | 97110-THERAPEUTIC EXERCISES | 1 | $ 100.00 | 0 |
| 045147821-0001 | 3/24/2021 | 9/9/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 0 |
| 045147821-0001 | 3/24/2021 | 9/15/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 5 | $ 1,224.00 | 0 |
| 045147821-0001 | 3/24/2021 | 9/15/2021 | A4559-COUPLING GEL OR PASTE | 10 | $ 306.00 | 0 |
| 045147821-0001 | 3/24/2021 | 9/9/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 0 |
| 045147821-0001 | 3/24/2021 | 10/11/2021 | E1389- | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 10/17/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 10/23/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 10/29/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/4/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/10/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 5 | $ 1,020.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/15/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/21/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/27/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 12/3/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/10/2021 | A4559-COUPLING GEL OR PASTE | 10 | $ 255.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 10/17/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 10/23/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 10/29/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/4/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/15/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/21/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 11/27/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 12/3/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 8/10/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 8/16/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 8/10/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 8/16/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 9/14/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 9/26/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 045376072-0001 | 4/6/2021 | 10/8/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 10/14/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 5 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 10/19/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 10/25/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 10/31/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 11/6/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 11/18/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 11/24/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 11/30/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 12/6/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 12/12/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 10/14/2021 | A4559-COUPLING GEL OR PASTE | 10 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 9/14/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 9/26/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 10/8/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 10/19/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 10/25/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 10/31/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 11/6/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 11/18/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 11/24/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 11/30/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 12/6/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 132669 |
| 045409635-0001 | 2/21/2021 | 8/5/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 8/5/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 8/11/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 8/11/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 8/23/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 8/23/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 9/4/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 9/4/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 045409635-0001 | 2/21/2021 | 9/9/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 9/9/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 9/21/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 9/21/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/3/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/3/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/15/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/15/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/21/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/21/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/27/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/27/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 11/2/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 11/2/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 11/18/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 11/18/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 11/24/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 11/24/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 11/30/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 11/30/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 12/6/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 12/6/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 12/12/2021 | A4559-COUPLING GEL OR PASTE | 12 | $306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 12/12/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $1,224.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/21/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/21/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $204.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/22/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/22/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $204.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/23/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/23/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $204.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/24/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/24/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $204.00 | 1326698655 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 048763146-0001 | 10/10/2021 | 2/25/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/25/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/26/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/26/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/27/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/27/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/28/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 2/28/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 3/1/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 3/1/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1326698655 |
| 049638292-0001 | 5/28/2022 | 7/8/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/9/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/10/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/11/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/12/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/13/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/14/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/15/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/16/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/17/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/18/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/19/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/20/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/21/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/22/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/8/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/9/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/10/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/11/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/12/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/13/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/14/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 049638292-0001 | 5/28/2022 | 7/15/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/16/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/17/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/18/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/19/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/20/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/21/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/22/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/23/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/23/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/24/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/25/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/26/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/27/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/28/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/29/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/30/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/1/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/2/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/3/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/4/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/6/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/7/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/25/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/26/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/27/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/28/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/29/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/30/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/31/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/1/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 04963 8292-0001 | 5/28/2022 | 8/2/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/3/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/4/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/6/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/7/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/8/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/9/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/10/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/11/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/12/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/13/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/14/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/15/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/16/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/17/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/18/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/19/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/20/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/21/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/22/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 8/23/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/9/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/10/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/11/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/12/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/13/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/14/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/15/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/16/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/17/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 04963 8292-0001 | 5/28/2022 | 9/18/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 049638292-0001 | 5/28/2022 | 9/19/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/20/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/21/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/22/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/23/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/25/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/26/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/27/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/28/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/29/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/30/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/1/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/2/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/3/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/4/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/6/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/7/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/8/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/9/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/10/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/11/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/12/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/13/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/14/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/15/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/16/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/17/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/18/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/19/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/20/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/21/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 049638292-0001 | 5/28/2022 | 10/22/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/23/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/24/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/24/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/25/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/26/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/27/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/28/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/29/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 6/30/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/1/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/2/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/3/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/4/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/5/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/6/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/7/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/25/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/26/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/27/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/28/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/29/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/30/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 7/31/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/1/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/2/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/3/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/4/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/5/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/6/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/7/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/8/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 049638292-0001 | 5/28/2022 | 8/9/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/10/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/11/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/12/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/13/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/14/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/15/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/16/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/17/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/18/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/19/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/20/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/21/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/22/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/23/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/25/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/26/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/27/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/28/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/29/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 8/30/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/1/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/2/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/2/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/3/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/4/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/5/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/6/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/7/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/8/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/9/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/10/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 111426 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 049638292-0001 | 5/28/2022 | 9/11/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/12/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/13/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/14/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/15/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/16/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/17/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/18/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/19/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/20/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/21/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/22/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/23/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/25/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/26/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/27/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/28/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/29/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 9/30/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/1/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/2/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/3/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/4/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/5/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/6/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/7/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/8/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/9/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/10/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/11/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/12/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |
| 049638292-0001 | 5/28/2022 | 10/13/2022 | A4559-COUPLING GEL OR PASTE | 2 | $51.00 | 111426 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 04963 8292-0001 | 5/28/2022 | 10/14/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/15/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/16/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/17/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/18/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/19/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/20/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/21/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/22/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/23/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 10/24/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 8/25/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 8/26/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 8/27/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 8/28/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 8/29/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 8/30/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 8/31/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 9/1/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 9/2/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 9/3/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 9/4/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 9/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 9/6/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 9/7/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 049638292-0001 | 5/28/2022 | 9/8/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 1111426 |
| 045147821-0001 | 3/24/2021 | 12/9/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 12/15/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 5 | $ 1,020.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 12/15/2021 | A4559-COUPLING GEL OR PASTE | 10 | $ 255.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 12/9/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045409635-0001 | 2/21/2021 | 9/15/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 9/15/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 045409635-0001 | 2/21/2021 | 9/21/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 9/21/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 9/27/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 9/27/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/3/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/3/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/9/2021 | A4559-COUPLING GEL OR PASTE | 10 | $ 306.00 | 1326698655 |
| 045409635-0001 | 2/21/2021 | 10/9/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 5 | $ 1,224.00 | 1326698655 |
| 048763146-0001 | 10/10/2021 | 3/2/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/2/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/3/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/3/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/4/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/4/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/5/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/6/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/6/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/7/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/7/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/8/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/8/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/9/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/9/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/10/2022 | A4559-COUPLING GEL OR PASTE | 2 | $ 51.00 | 0 |
| 048763146-0001 | 10/10/2021 | 3/10/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 204.00 | 0 |
| 048763146-0001 | 10/10/2021 | 2/5/2022 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 0 |
| 048763146-0001 | 10/10/2021 | 2/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 0 |
| 048763146-0001 | 10/10/2021 | 2/5/2022 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 0 |
| 048763146-0001 | 10/10/2021 | 2/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 0 |
| 040265640-0003 | 6/25/2019 | 12/5/2019 | A4559-COUPLING GEL OR PASTE | 56 | $ 476.00 | 1154324234 |
| 040265640-0003 | 6/25/2019 | 12/5/2019 | E1399-DURABLE MEDICAL EQUIPMEN | 28 | $ 1,904.00 | 1154324234 |

| Claim Number | Loss Date | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI |
|---|---|---|---|---|---|---|
| 040334989-0003 | 6/27/2019 | 12/6/2019 | A4559-COUPLING GEL OR PASTE | 56 | $ 476.00 | 0 |
| 040334989-0003 | 6/27/2019 | 12/6/2019 | E1399-DURABLE MEDICAL EQUIPMEN | 28 | $ 1,904.00 | 0 |
| 044897147-0001 | 2/21/2021 | 8/12/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 8/12/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 8/18/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 8/18/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 8/24/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 8/24/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 8/30/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 8/30/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 9/11/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 5 | $ 1,224.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 9/11/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 10 | $ 306.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 11/5/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 1326698655 |
| 044897147-0001 | 2/21/2021 | 11/5/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |
| 045147821-0001 | 3/24/2021 | 8/16/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 1326698655 |
| 045147821-0001 | 3/24/2021 | 8/22/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 8/28/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 9/3/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 8/16/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 8/22/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 8/28/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045147821-0001 | 3/24/2021 | 9/3/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 9/3/2021 | E1399-DURABLE MEDICAL EQUIPMEN | 6 | $ 1,224.00 | 132669 |
| 045376072-0001 | 4/6/2021 | 9/3/2021 | A4559-COUPLING GEL OR PASTE | 12 | $ 306.00 | 132669 |

$ 136,015.00

| Claim Number | Payment Amount | Check Issue Date | Check Number | Pay From Date | Pay Through Date |
|---|---|---|---|---|---|
| 04514782l | $ 4.84 | 12/3/2021 | 54409344 | 9/9/2021 | 9/15/2021 |
| 04514782l | $ 5.28 | 12/3/2021 | 54407645 | 8/16/2021 | 8/22/2021 |
| 04514782l | $ 5.28 | 12/3/2021 | 54407646 | 8/28/2021 | 9/3/2021 |
| 04514782l | $ 5.28 | 3/15/2022 | 55192048 | 10/11/2021 | 10/17/2021 |
| 04514782l | $ 4.84 | 3/29/2022 | 55298229 | 12/9/2021 | 12/15/2021 |
| 04537607l | $ 2.64 | 12/3/2021 | 54407647 | 9/3/2021 | 9/3/2021 |
| 04537607l | $ 5.28 | 12/10/2021 | 54467061 | 8/10/2021 | 8/16/2021 |
| 04963829l | $ 6.28 | 10/22/2022 | 57015069 | 6/23/2022 | 7/7/2022 |
| 04963829l | $ 6.90 | 10/22/2022 | 57015070 | 7/8/2022 | 7/22/2022 |
| | $ 46.62 | | | | |