# EXHIBIT 4

| Exposure Number | DOL | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI | Rendering NPI |
|---|---|---|---|---|---|---|---|
| 051259533-0001 | 10/17/2022 | 6/16/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 051259533-0001 | 10/17/2022 | 6/16/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 051259533-0001 | 10/17/2022 | 6/23/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 051259533-0001 | 10/17/2022 | 6/23/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 051259533-0001 | 10/17/2022 | 6/30/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 051259533-0001 | 10/17/2022 | 6/30/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 051259533-0001 | 10/17/2022 | 7/10/2023 | 101T-ESW MUSCSKEL SYS NOS | 2 | $ 2,801.00 | 174022727 | 174022727 |
| 051259533-0001 | 10/17/2022 | 6/13/2023 | 101T-ESW MUSCSKEL SYS NOS | 1 | $ 1,400.50 | 179039 | 3692179039 |
| 051259533-0001 | 10/17/2022 | 6/13/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 179039 | 3692179039 |
| 051259533-0001 | 10/17/2022 | 6/13/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 179039 | 3692179039 |
| 051259533-0001 | 10/17/2022 | 7/5/2023 | 101T-ESW MUSCSKEL SYS NOS | 2 | $ 2,801.00 | 179039 | 3692179039 |
| 053604823-0002 | 3/15/2023 | 2/3/2023 | 99202-OFFICE O/P NEW SF 15-29 | 1 | $ 350.00 | 0 | 3692132669 |
| 053604823-0002 | 3/15/2023 | 3/15/2023 | 98940-CHIROPRACT MANJ 1-2 REGI | 1 | $ 75.00 | 0 | 3692132669 |
| 053604823-0002 | 3/15/2023 | 2/3/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 0 | 3692132669 |
| 053604823-0002 | 3/15/2023 | 2/7/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 0 | 3692132669 |
| 053604823-0002 | 3/15/2023 | 2/10/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 0 | 3692132669 |
| 053604823-0002 | 3/15/2023 | 3/15/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 0 | 3692132669 |
| 053604823-0002 | 3/15/2023 | 6/15/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 174022 | 3692174022 |
| 053604823-0002 | 3/15/2023 | 6/15/2023 | 101T-ESW MUSCSKEL SYS NOS | 2 | $ 2,801.00 | 174022 | 3692174022 |
| 053604823-0002 | 3/15/2023 | 6/15/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 174022 | 3692174022 |
| 053604823-0002 | 3/15/2023 | 10/26/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 10/26/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 10/27/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 10/27/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 10/31/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 10/31/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 11/2/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 11/2/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 11/9/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 11/9/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 11/10/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 11/10/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |

| Exposure Number | DOL | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI | Rendering NPI |
|---|---|---|---|---|---|---|---|
| 054024573-0001 | 7/2/2023 | 11/17/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 11/17/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 11/30/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 11/30/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 12/1/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 12/1/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 12/7/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 12/7/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054024573-0001 | 7/2/2023 | 10/26/2023 | 97010-HOT OR COLD PACKS THERAP | 1 | $ 75.00 | 174022 | 3692174022 |
| 054024573-0001 | 7/2/2023 | 10/26/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 174022 | 3692174022 |
| 054024573-0001 | 7/2/2023 | 11/16/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 174022 | 3692174022 |
| 054024573-0001 | 7/2/2023 | 12/7/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 174022 | 3692174022 |
| 054024573-0001 | 7/2/2023 | 10/26/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 174022 | 3692174022 |
| 054024573-0001 | 7/2/2023 | 11/16/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 174022 | 3692174022 |
| 054024573-0001 | 7/2/2023 | 12/7/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 174022 | 3692174022 |
| 054024573-0001 | 7/2/2023 | 10/26/2023 | 99203-OFFICE O/P NEW LOW 30-44 | 1 | $ 400.00 | 174022 | 3692174022 |
| 054024573-0001 | 7/2/2023 | 12/7/2023 | 101T-ESW MUSCSKEL SYS NOS | 1 | $ 1,400.50 | 174022 | 3692174022 |
| 054024573-0001 | 7/2/2023 | 11/16/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 191260 | 3692191260 |
| 054024573-0001 | 7/2/2023 | 11/16/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 191260 | 3692191260 |
| 054024573-0001 | 7/2/2023 | 11/30/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 191260 | 3692191260 |
| 054024573-0001 | 7/2/2023 | 11/17/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 191260 | 3692191260 |
| 054024573-0001 | 7/2/2023 | 11/30/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 191260 | 3692191260 |
| 054024573-0001 | 7/2/2023 | 11/17/2023 | 101T-ESW MUSCSKEL SYS NOS | 2 | $ 2,801.00 | 191260 | 3692191260 |
| 054024573-0001 | 7/2/2023 | 11/30/2023 | 101T-ESW MUSCSKEL SYS NOS | 2 | $ 2,801.00 | 191260 | 3692191260 |
| 054789064-0001 | 11/16/2023 | 11/20/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054789064-0001 | 11/16/2023 | 11/20/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054789064-0001 | 11/16/2023 | 11/28/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 144790 | 3692144790 |
| 054789064-0001 | 11/16/2023 | 11/28/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 144790 | 3692144790 |
| 054789064-0001 | 11/16/2023 | 11/29/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 1447908074 | 1447908074 |
| 054789064-0001 | 11/16/2023 | 11/29/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 1447908074 | 1447908074 |
| 054789064-0001 | 11/16/2023 | 12/7/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 1447908074 | 1447908074 |

| Exposure Number | DOL | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI | Rendering NPI |
|---|---|---|---|---|---|---|---|
| 055479064-0001 | 11/16/2023 | 12/7/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 1447908074 | 1447908074 |
| 055479064-0001 | 11/16/2023 | 12/13/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 1447908074 | 1447908074 |
| 055479064-0001 | 11/16/2023 | 12/13/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 1447908074 | 1447908074 |
| 055479064-0001 | 11/16/2023 | 12/15/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 1447908074 | 1447908074 |
| 055479064-0001 | 11/16/2023 | 12/15/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 1447908074 | 1447908074 |
| 055479064-0001 | 11/16/2023 | 12/18/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 1447908074 | 1447908074 |
| 055479064-0001 | 11/16/2023 | 12/18/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 1447908074 | 1447908074 |
| 055479064-0001 | 11/16/2023 | 12/20/2023 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 1447908074 | 1447908074 |
| 055479064-0001 | 11/16/2023 | 12/20/2023 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 1447908074 | 1447908074 |
| 055479064-0001 | 11/16/2023 | 11/16/2023 | 99203-OFFICE O/P NEW LOW 30-44 | 1 | $ 400.00 | 1740227271 | 1740227271 |
| 055479064-0001 | 11/16/2023 | 12/13/2023 | 101T-ESW MUSCSKEL SYS NOS | 2 | $ 2,801.00 | 1740227271 | 1740227271 |
| 055479064-0001 | 11/16/2023 | 12/13/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 1740227271 | 1740227271 |
| 055479064-0001 | 11/16/2023 | 12/13/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 1740227271 | 1740227271 |
| 055479064-0001 | 11/16/2023 | 12/18/2023 | 101T-ESW MUSCSKEL SYS NOS | 2 | $ 2,801.00 | 1740227271 | 1740227271 |
| 055479064-0001 | 11/16/2023 | 12/18/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 1740227271 | 1740227271 |
| 055479064-0001 | 11/16/2023 | 12/18/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 1740227271 | 1740227271 |
| 055479064-0001 | 11/16/2023 | 12/20/2023 | 101T-ESW MUSCSKEL SYS NOS | 2 | $ 2,801.00 | 1740227271 | 1740227271 |
| 055479064-0001 | 11/16/2023 | 11/21/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 191260 | 3692191260 |
| 055479064-0001 | 11/16/2023 | 11/21/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 191260 | 3692191260 |
| 055479064-0001 | 11/16/2023 | 11/29/2023 | 97140-MANUAL THERAPY 1/> REGIO | 1 | $ 75.00 | 191260 | 3692191260 |
| 055479064-0001 | 11/16/2023 | 11/29/2023 | 98941-CHIROPRACT MANJ 3-4 REGI | 1 | $ 100.00 | 191260 | 3692191260 |

$ 166,585.00