# EXHIBIT 5

| Exposure Number | DOL | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI | Rendering NPI |
|---|---|---|---|---|---|---|---|
| 049021221-0001 | 4/4/2022 | 5/9/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 5/9/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 5/23/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 5/23/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 5/25/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 5/25/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 6/1/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 6/1/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 6/6/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 6/6/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 7/13/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 7/13/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 7/18/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 7/18/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 8/3/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 1255350187 |
| 049021221-0001 | 4/4/2022 | 8/3/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 1255350187 |
| 049304046-0001 | 4/26/2022 | 5/23/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 5/23/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 5/25/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 5/25/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/7/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/7/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/8/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/8/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/15/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/15/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/20/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/20/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/27/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 6/27/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 7/11/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 7/11/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |

| Exposure Number | DOL | Date of Service | Procedure Code - Description | Units | Billed Amount | Referring NPI | Rendering NPI |
|---|---|---|---|---|---|---|---|
| 049304046-0001 | 4/26/2022 | 7/13/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0001 | 4/26/2022 | 7/13/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 6/21/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 6/21/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/11/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/11/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/13/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/13/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/20/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/20/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/25/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/25/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/27/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 7/27/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 8/1/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 8/1/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 8/17/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 8/17/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 8/22/2022 | 95999-UNLISTED NEUROLOGICAL DX | 1 | $ 4,787.50 | 0 | 8980125535 |
| 049304046-0003 | 4/26/2022 | 8/22/2022 | 99199-SPECIAL SERVICE/PROC/REP | 1 | $ 1,350.00 | 0 | 8980125535 |

$ 159,575.00