# EXHIBIT 6

| Exposure Number | DOL | Date of Service | Procedure Code - Description | Units | Billed Amount |
|---|---|---|---|---|---|
| 047969282-0003 | 12/22/2021 | 1/19/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/20/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/21/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/22/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/23/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/24/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/25/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/26/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/27/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/28/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/29/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/30/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 1/31/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/1/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/2/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/3/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/4/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/6/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/7/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/8/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/9/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/10/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/11/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/12/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/13/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/14/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 047969282-0003 | 12/22/2021 | 2/15/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/13/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/14/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/15/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/16/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |

| Exposure Number | DOL | Date of Service | Procedure Code - Description | Units | Billed Amount |
|---|---|---|---|---|---|
| 048118547-0003 | 1/8/2022 | 5/17/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/18/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/19/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/20/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/21/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/22/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/23/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/24/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/25/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/26/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/27/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/28/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/29/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/30/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 5/31/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/1/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/2/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/3/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/4/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/6/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/7/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/8/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/9/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/10/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048118547-0003 | 1/8/2022 | 6/11/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/1/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/2/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/3/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/4/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/5/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/6/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |

| Exposure Number | DOL | Date of Service | Procedure Code - Description | Units | Billed Amount |
|---|---|---|---|---|---|
| 048300083-0001 | 1/26/2022 | 6/7/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/8/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/9/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/10/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/11/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/12/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/13/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/14/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/15/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/16/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/17/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/18/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/19/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/20/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/21/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/22/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/23/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/24/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/25/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/26/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/27/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| 048300083-0001 | 1/26/2022 | 6/28/2022 | E1399-DURABLE MEDICAL EQUIPMEN | 1 | $ 600.00 |
| | | | | | $ 51,600.00 |