# EXHIBIT 7

|  | Billed | Payments |
|---|---|---|
| Diagnostic Chiropractic | $ 320,141.62 | $ 3,450.00 |
| Duramed | $ 136,015.00 | $ 46.62 |
| Lint Chiropractic PC | $ 1,046,586.00 | $ 73,375.50 |
| Lint Chiropractic PC II | $ 166,585.00 | |
| MI Medical Management | $ 159,575.00 | |
| Suplies Plus MI | $ 51,600.00 | |
| | $ 1,880,502.62 | $ 76,872.12 |